UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HEATHER GOOD, <br><br> Plaintiff, <br> v. <br> SAINT MARY, *et al*., <br><br> Defendants. | Case No. 3:23-cv-00476-MMD-CSD <br><br> ORDER |

*Pro se* Plaintiff Heather Good submitted a complaint for violation of her civil rights under 42 U.S.C. § 1983. (ECF No. 1-1.) Before the Court is the Report and Recommendation ("R&R") of United States Magistrate Judge Craig S. Denney recommending that the Court dismiss this action without prejudice because Plaintiff failed to comply with the Court's order (ECF No. 3) directing her to file a completed application to proceed *in forma pauperis* ("IFP") or pay the full filing fee within 30 days. (ECF No. 4.) Objections to the R&R were due February 27, 2024. (*See id.*) To date, Plaintiff has not objected to the R&R or made any additional filings. The Court thus adopts the R&R in full and dismisses this action without prejudice.

Because there was no objection, the Court need not conduct de novo review, and is satisfied that Judge Denney did not clearly err. *See United States v. Reyna-Tapia*, 328 F.3d 1114, 1116 (9th Cir. 2003) ("De novo review of the magistrate judges' findings and recommendations is required if, but *only* if, one or both parties file objections to the findings and recommendations.") (emphasis in original). On January 10, 2024, the Court issued an order directing Plaintiff to file a corrected IFP application with required financial documentation or to pay the full filing fee within 30 days. (ECF No. 3.) Plaintiff was cautioned that failure to timely comply with the Court's order would lead to a recommendation for dismissal of this action without prejudice. (*Id.*) Plaintiff failed to file a

1 completed IFP Application with required documentation or to pay the filing fee within the
2 directed time, and has not made any further filings to date. The Court thus agrees with
3 Judge Denney that dismissal without prejudice is appropriate.

It is therefore ordered that Judge Denney's Report and Recommendation (ECF No. 4) is accepted and adopted in full.

It is further ordered that this action is dismissed without prejudice.

The Clerk of Court is directed to enter judgment accordingly and to close this case.

DATED THIS 28th Day of March 2024.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE